UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: McDonald, AngelaCase No. 24-30202KKS
Chapter 7

_____/

## REPORT AND NOTICE OF INTENT TO SELL PROPERTY OF THE ESTATE

TO:Debtor(s), Creditors and Parties in Interest

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the proof of service plus an additional three days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr.P.9006 (f).

If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of Court or by mail at 110 East Park Avenue, Suite 100, Tallahassee, FL 32301, and serve a copy on the movant's attorney, Sherry F. Chancellor, Trustee, 619 West Chase Street, Pensacola, Florida 32502 and any other appropriate person within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

NOTICE IS HEREBY GIVEN that the Trustee/debtor-in-possession intends to sell the following property of the estate of the Debtor(s), under the terms and conditions set forth below:

1. **Description of Property**: 2010 Mazda 6, household goods and jewelry minus exemptions= $2,160.00.

2. **Manner of Sale**: Private ( X )*Public Auction ( )

3. **Terms of Sale**: Private sale to Angela McDonald, the debtor, for the sum of $2,160.00 in monthly installments of $180.00 per month, beginning May 15, 2024 and continuing each month thereafter until paid in full.

   * (Applicable to private sales only) The trustee will entertain higher bids for the purchase of the assets of the debtor(s) which the trustee proposes to sell. Such bids must be in writing and accompanied by a deposit of 20% of the proposed higher purchase price. Any higher bid must be received by the trustee at the address listed below no later than the close of business on May 2, 2024.

NOTICE IS HEREBY GIVEN that all objections to the same must state the basis for the objection. If no objection is filed, the sale described above will take place.

DATED: 4/11/24/s/ Sherry Fowler Chancellor,_____
SHERRY FOWLER CHANCELLOR, Trustee
Mailed: 4/11/24619 W. Chase Street, PENSACOLA, FL 32502
(850) 436-8445

Copies mailed to all parties listed on the attached Court's mailing matrix on April 11, 2024 by R. Chancellor
/s/ Rhett Chancellor

```
Label Matrix for local noticing        Florida Dept. of Labor/Employment Security   Florida Dept. of Revenue
1129-3                                  c/o Florida Dept. of Revenue                 Bankruptcy Unit
Case 24-30202-KKS                       P.O. Box 6668                                P.O. Box 6668
Northern District of Florida            Tallahassee, FL 32314-6668                   Tallahassee, FL 32314-6668
Pensacola
Thu Apr 11 15:33:19 EDT 2024

Internal Revenue Service                Secretary of the Treasury                    (p)UNITED STATES ATTORNEY'S OFFICE
P.O. Box 7346                           U.S. Treasury Department                     111 NORTH ADAMS STREET
Philadelphia, PA 19101-7346             15th & Pennsylvania Ave.                     4TH FLOOR
                                        Washington, DC 20220-0001                    TALLAHASSEE FL 32301-7730

U.S. Securities & Exchange Commission   ACCOUNT RESOLUTION CORP.                     AMCOL SYSTEMS, INC
Atlanta Reg Office and Reorg            PO BOX 3860                                  P.O. BOX 21625
950 E Paces Ferry Rd NE                 CHESTERFIELD, MO 63006-3860                  COLUMBIA, SC 29221-1625
Ste. 900
Atlanta, GA 30326-1382

AMERICAN FAMILY CARE                    ARS NATIONAL SERVICES                        ASCENSION MEDICAL GROUP
P.O. BOX 748394                         P.O. BOX 469046                              P.O. BOX 80278
ATLANTA, GA 30374-8394                  ESCONDIDO, CA 92046-9046                     INDIANAPOLIS, IN 46280-0278

ASCENSION MEDICAL GROUP SACRED HEART    BMR ANESTHESIA PLLC                          CALVARY PORTFOLIO SERVICES
ATTN: BANKRUPTCY DEPARTMENT             400 E 10TH STREET                            1 AMERICAN LANE
P.O. BOX 14099                          WACONIA, MN 55387-4552                       GREENWICH, CT 06831-2563
BELFAST, ME 04915-4034

CALVARY PORTFOLIO SERVICES              CAPITAL ONE/WALMART                          CARE CENTRIX
ATTN: BANKRUPTCY                        ATTN: BANKRUPTCY DEPT                        9119 CORPORATE LAKE DRIVE
500 SUMMIT LAKE DR                      P.O. BOX 30285                               TAMPA, FL 33634-2380
STE 400                                 SALT LAKE CITY, UT 84130-0285
VAHALLA, NY 10595-2321

CENTRAL CREDIT UNION OF FLORIDA         CHAD D. HECKMAN, ESQ.                        CHEX SYSTEMS
NKA LOYALTY CREDIT UNION                HECKMAN LAW GROUP                            ATTN: CUSTOMERS RELATIONS
1200 E NINE MILE RD                     P.O. BOX 12492                               2900 LONE OAK PKWY
PENSACOLA, FL 32514-1653                TALLAHASSEE, FL 32317-2492                   SUITE 125
                                                                                     SAINT PAUL, MN 55121-1594

CITI BANK / HOME DEPOT                  CITI BANK/HOME DEPOT                         CITIBANK/BEST BUY
PO BOX 790040                           ATTN: BANKRUPTCY DEPARTMENT                  P.O. BOX 790441
SAINT LOUIS, MO 63179-0040              PO BOX 79004                                 SAINT LOUIS, MO 63179-0441
                                        SAINT LOUIS, MO 63179

CLEARWAY PAIN SOLUTIONS                 CLEARWAY PAIN SOLUTIONS                      CLIENT SERVICES INC
4901 MARKET PL DR                       ATTN: 25850Y                                 3451 HARRY S TRUMAN BLVD
PENSACOLA, FL 32504-8986                PO BOX 253850                                SAINT CHARLES, MO 63301-9816
                                        BELFAST, ME 04915

COX COMMUNICATIONS                      COX COMMUNICATIONS                           (p)CREDIT CONTROL CORPORATION
ATTN: BANKRUPTCY DEPARTMENT             DEPT. #103046                                ATTN CREDIT CONTROL CORPORATION
6205-B PEACHTREE DUNWOODY RD NE         P.O. BOX 1259                                11821 ROCK LANDING DR
ATLANTA, GA 30328-4524                  OAKS, PA 19456-1259                          NEWPORT NEWS VA 23606-4225
```

| | | |
|---|---|---|
| CREDIT CONTROL LLC<br>3300 RIVER TRAILS<br>SUITE 500<br>EARTH CITY, MO 63045 | (p)CREDIT CORP SOLUTIONS INC<br>121 W ELECTION RD<br>SANDY UT 84020-7766 | CVS CAREMARK<br>PO BOX 6590<br>LEES SUMMIT, MO 64064-6590 |
| (p)EQUIFAX INC<br>1550 Peachtree Street NE<br>Atlanta, GA 30309 | ESCAMBIA COUNTY CLERK OF COURT<br>P.O. BOX 333<br>2023 CC 000465<br>PENSACOLA, FL 32591-0333 | EXPERIAN<br>475 ANTON RD<br>COSTA MESA, CA 92626-7037 |
| EXPRESS SCRIPTS<br>8931 SPRINGDALE AVE, STE A<br>SAINT LOUIS, MO 63134-4827 | EXPRESS SCRIPTS<br>PO BOX 6530<br>CINCINNATI, OH 45201-6530 | FINANCIAL RECOVERY SERVICES, INC.<br>P.O. BOX 21405<br>EAGAN, MN 55121-0405 |
| HAWKEYE ADJUSTMENT SERVICES<br>PO BOX 716<br>SIOUX CITY, IA 51102-0716 | HCA FLORIDA WEST PRIMARY CARE<br>PO BOX 668<br>BRENTWOOD, TN 37024-0668 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | INTERVENTIONAL THERAPEUTICS INST. LLC<br>PO BOX 14099<br>BELFAST, ME 04915-4034 | JEFFERSON CAPITAL<br>200 14TH AVE, E<br>SARTELL, MN 56377-4500 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | LOYALTY CREDIT UNION<br>1200 E NINE MILE RD<br>PENSACOLA, FL 32514-1653 |
| LOYALTY CREDIT UNION<br>PO BOX 17048<br>PENSACOLA, FL 32522-7048 | MANDARICH LAW GROUP, LLP<br>PO BOX 109032<br>CHICAGO, IL 60610-9032 | MEDICREDIT<br>P.O. BOX 505600<br>SAINT LOUIS, MO 63150-5600 |
| MINUTE CLINIC OF FLORIDA<br>P.O. BOX 15618<br>DEPT. 938<br>WILMINGTON, DE 19850-5618 | MRS BPO LLC<br>1930 OLNEY AVE<br>CHERRY HILL, NJ 08003-2016 | MY PENSACOLA CREDIT UNION<br>108 SOUTH REUS ST.<br>PENSACOLA, FL 32502-5718 |
| NAVY FEDERAL CREDIT UNION<br>ATTN: BANKRUPTCY<br>P.O. BOX 3000<br>MERRIFIELD, VA 22119-3000 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | QUEST DIAGNOSTICS<br>P.O. BOX 9000<br>SOUTH WINDSOR, CT 06074-9000 |
| QUEST DIAGNOSTICS<br>PO BOX 740781<br>CINCINNATI, OH 45274-0781 | RADIOLOGY ASSOCIATES OF PENSACOLA<br>1717 N 'E' STREET, SUITE 432<br>PENSACOLA, FL 32501-6339 | RADIOLOGY ASSOCIATES OF PENSACOLA<br>ATTN: 5229<br>PO BOX 3484<br>TOLEDO, OH 43607-0484 |

| | | |
|---|---|---|
| REVCO SOLUTIONS<br>P.O. BOX 163279<br>COLUMBUS, OH 43216-3279 | SACRED HEART MEDICAL GROUP<br>1549 AIRPORT BLVD<br>PENSACOLA, FL 32504-8634 | SACRED HEART MEDICAL GROUP<br>5151 N. 9TH AVE<br>PENSACOLA, FL 32504-8795 |
| SYNCHRONY BANK/AMAZON<br>ATTN: BANKRUPTCY DEPT<br>P.O. BOX 965064<br>ORLANDO, FL 32896-5064 | SYNCHRONY BANK/ASHLEY FURNITURE<br>PO BOX 960061<br>ORLANDO, FL 32896-0061 | SYNCHRONY BANK/ASHLEY FURNITURE<br>PO BOX 965064<br>ORLANDO, FL 32896-5064 |
| SYNCHRONY BANK/LOWE'S<br>P.O. BOX 965003<br>ORLANDO, FL 32896-5003 | SYNCHRONY BANK/LOWES<br>PO BOX 71782<br>PHILADEPHIA, PA 19176-1782 | THE CBE GROUP, INC<br>1309 TECHNOLOGY PKWY<br>CEDAR FALLS, IA 50613-6976 |
| TRANSUNION (DISPUTES)<br>P.O. BOX 900<br>WOODLYN, PA 19094-0900 | TRANSWORLD SYSTEMS<br>PO BOX 15095<br>WILMINGTON, DE 19850-5095 | UNITED STATES ATTORNEY GENERAL<br>PENSACOLA DIVISION<br>21 E. GARDEN ST.<br>STE 400<br>PENSACOLA, FL 32502-5675 |
| US ATTORNEY GENERAL<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20530-0009 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | (p)U S BANK<br>4801 FREDERICA STREET<br>OWENSBORO KY 42301-7441 |
| US DEPT OF TREASURY<br>BUREAU OF FISCAL SERVICE<br>P.O. BOX 830794<br>BIRMINGHAM, AL 35283-0794 | US SMALL BUSINESS ADMINISTRATION<br>2 NORTH 20TH ST, UNIT #320<br>BIRMINGHAM, AL 35203-4002 | US SMALL BUSINESS ADMINISTRATION<br>7825 BAY MEADOWS WAY, STE 100B<br>JACKSONVILLE, FL 32256-7549 |
| United States Trustee<br>110 E. Park Avenue<br> Suite 128<br>Tallahassee, FL 32301-7728 | VERIZON WIRELESS<br>ATTN: BANKRUPTCY<br>500 TECHNOLOGY DR STE 550<br>WELDON SPRING, MO 63304-2225 | Angela Danette McDonald<br>2332 Trailwood Dr<br>Cantonment, FL 32533-6709 |
| Merrick B. Garland<br>Office of the Attorney General<br>Main Justice Bldg., Rm. 511<br>Tenth & Constitution<br>Washington, DC 20530-0001 | Sherry Chancellor<br>Law Office of Sherry F. Chancellor<br>619 West Chase St.<br>Pensacola, FL 32502-4711 | Steven D. Jurnovoy<br>Lewis & Jurnovoy, P.A.<br>1100 North Palafox Street<br>Pensacola, FL 32501-2608 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| U.S. Attorney (Pensacola Office)<br>21 E. Garden Street #400<br>Pensacola, FL 32501 | (d)U.S. Attorney (Tallahassee Office)<br>111 N. Adams Street<br>Fourth Floor<br>Tallahassee, FL 32301 | CREDIT CONTROL CORPORATION<br>ATTN: BANKRUPTCY<br>PO BOX 120570<br>NEWPORT NEWS, VA 23612 |

| | | |
|---|---|---|
| CREDIT CORP SOLUTIONS, INC<br>121 W. ELECTION RD., STE. #200<br>DRAPER, UT 84020 | EQUIFAX (DISPUTES)<br>PO BOX 740256<br>ATLANTA, GA 30374 | INTERNAL REVENUE SERVICE<br>SPECIAL PROCEDURES<br>400 W. BAY ST. STE 3504<br>JACKSONVILLE, FL 32202 |
| JEFFERSON CAPITAL SYSTEMS, LLC<br>ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 7999<br>SAINT CLOUD, MN 56302 | JP MORGAN CHASE BANK NA<br>ATTN: BANKRUPTCY<br>700 KANSAS LANE, FLOOR 01<br>MONROE, LA 71203 | (d)JPMORGAN CHASE<br>PO BOX 15298<br>WILMINGTON, DE 19850 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>ATTN: BANKRUPTCY DEPARTMENT<br>120 CORPORATE BLVD<br>NORFOLK, VA 23502 | US BANK<br>ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH 45201 | US BANK<br>PO BOX 21948<br>EAGAN, MN 55121 |
| (d)US DEPT OF TREASURY<br>BUREAU OF FISCAL SERVICE<br>P.O. BOX 1686<br>BIRMINGHAM, AL 35201 | End of Label Matrix<br>Mailable recipients  83<br>Bypassed recipients   0<br>Total                83 | |