UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

In re:                                  Case No. 24-30202-KKS
                                      Chapter 7 (I)

Angela Danette McDonald,

       Debtor.
_____/

## MOTION TO AVOID JUDGMENT LIEN OF
## CENTRAL CREDIT UNION OF FLORIDA N/K/A LOYALTY CREDIT UNION

### NOTICE OF OPPORTUNITY TO
### OBJECT AND REQUEST FOR HEARING

     Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty one (21) days from the date set forth on the proof of services plus an additional three days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr. P. 9006(f).

     If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of the Court or by mail at 110 East Park Avenue, Suite 100, Tallahassee, FL 32301 and serve a copy on the movant's attorney, Martin S. Lewis, Lewis & Jurnovoy, P.A., 1100 North Palafox Street, Pensacola, FL 32501, and any other appropriate person within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

     If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested

1

**in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

COMES NOW, the Debtor, by and through the undersigned attorney, and hereby states(s) as follows:

1. On March 14, 2024, Debtor filed a voluntary Petition for relief under Chapter 7 (I), Title 11, United States Code.

2. The creditor listed below is also listed on the Debtor's Schedule F, and has obtained a Judgment Lien, recorded in book 9115 page 1403, Escambia County book of records. Case Number: 2023CC000465.

3. Said lien is a lien within the categories of 11 U.S.C. Section 522(f)(1) which impairs an exemption as to only homestead property located at 2332 Trailwood Dr., Cantonment, FL 32533, listed on Schedule C of the Bankruptcy Petition to which the Debtor would otherwise be entitled under 11 U.S.C. Section 522(b). The creditor holding the judgment lien is Central Credit Union of Florida n/k/a Loyalty Credit Union.

WHEREFORE, Debtor prays that the Judgment Lien of the above listed creditor to be declared null and void, and further requests that the court permanently enjoin the above listed creditor from attempting to enforce said lien.

Dated this the 10 day of May 2024.

                          Respectfully Submitted,

                          _____
                          Martin S. Lewis, FL Bar No. 0100587
                          Steven D. Jurnovoy, FL Bar No. 938221

**OF COUNSEL:**
Lewis & Jurnovoy, P.A.
1100 North Palafox Street
Pensacola, FL 32501
Telephone: (850) 432-9110
Facsimile: (850) 433-8794
Email: landj@lewisandjurnovoy.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the foregoing Motion upon those listed below by either electronic mail or by regular United States Mail, postage pre-paid on this the 17 day of May 2024.

_____
OF COUNSEL

Sherry F. Chancellor, P.A., Chapter 7 Trustee
**sherry.chancellor@yahoo.com**

Office of United State Trustee:
USTPRegion21.TL.ECF@usdoj.gov

Angela Danette McDonald
2332 Trailwood Dr.
Cantonment, FL 32533

Escambia County Clerk of Court
P.O. Box 333
Pensacola, FL 32591
Attn: Case Number: 2023CC000465

Central Credit Union of Florida n/k/a Loyalty Credit Union
Attn: Officer
1200 East Nine Mile Road
Pensacola, FL 32314
Certified Mail: 7015 0640 0003 7290 7092

Central Credit Union of Florida n/k/a Loyalty Credit Union
c/o Heckman Law Group, P.L.
Attn: Chad D. Heckman, Esq.
P.O. Box 12492
Tallahassee, FL 32317